IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00937-EWN-MEH

CODIEJO APODACA, now known as CODIEJO MARTINEZ, and
MICHELLE I. CARLTON,

      Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY, and Illinois company, and
SANDRA H. PERKINS, an individual,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, October 11, 2007.**

      Based upon the parties' agreement, and the entire record herein, the Joint Motion for Entry of Stipulated Protective Order [Filed October 11, 2007; Docket #41] is **granted**.  The Court will sign the Protective Order and enter it on the record.