IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 07-cv-00937-EWN-MEH | Date:   November 30, 2007 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

| | |
|---|---|
| CODIEJO APODACA, n/k/a Codiejo Martinez, and<br>MICHELLE I. CARLTON, | Colleen Parsley<br>Megan Waples |
| Plaintiffs, | |
| vs. | |
| ALLSTATE INSURANCE COMPANY and<br>SANDRA H. PERKINS, | Terence Ridley<br>Raymond Martin<br>Peter Valeta |
| Defendants. | |

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC MOTION HEARING**

**Court in session:**   9:21 a.m.

Court calls case.  Appearances of counsel by telephone.

Discussion regarding the Joint Motion to Bifurcate Discovery (Doc. #52, filed 11/28/07).

**ORDERED:**  The Joint Motion to Bifurcate Discovery (Doc. #52, filed 11/28/07) is GRANTED as stated on the record.

**Court in recess:**      9:25 a.m.   (Hearing concluded)
**Total time in court:**  0:04